FILED & JUDGMENT ENTERED
Steven T. Salata

July 7 2021

Clerk, U.S. Bankruptcy Court
Western District of North Carolina



J. Craig Whitley
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

In re:  )
        )
**Lee McConnell,**  )   Chapter 7
        )   Case No.: 21-30393
            Debtor.  )
        )

## ORDER TO APPEAR AND SHOW CAUSE

**THIS MATTER** is before the court on a review of its docket. This is the Debtor's fourth case in less than two years. The Debtor filed case no. 19-30745 in the Western District of North Carolina on June 3, 2019. The court dismissed that case on July 18, 2019. The Debtor then filed case no. 19-04579 in the South Carolina Bankruptcy Court on August 30, 2019 and the court dismissed that case on October 24, 2019. The Debtor filed case no. 21-00943 in the South Carolina Bankruptcy Court on April 5, 2021. That case was dismissed on June 2, 2021. Finally, the Debtor commenced this case on July 6, 2021 by filing a Voluntary Chapter 7 petition.

Given the Debtor's prior filings, it appears that the Debtor may have filed this case in bad faith and that it may be an abuse of the bankruptcy process. Accordingly, pursuant to 11 U.S.C. § 105(a), the Debtor is hereby **ORDERED** to **APPEAR** and **SHOW CAUSE** why this case should not be dismissed for cause under 11 U.S.C. § 1307(c), and why the Debtor should not be barred from filing additional bankruptcy cases in the future. The court will conduct a hearing on this

Order to Appear and Show Cause at 9:30AM on JULY 26, 2021 at the Charles R. Jonas Federal Building, 401West Trade Street, Courtroom 2B, Charlotte, North Carolina 28202.

**SO ORDERED**.

| | |
|---|---|
| This order has been signed electronically.<br>The Judge's signature and Court's seal<br>appear at the top of this Order. | United States Bankruptcy Court<br>Western District of North Carolina |